# Court of Appeals
# of the State of Georgia

ATLANTA,  January 14, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0608. DOWDY v. NELSON.**

On December 10, 2012, this Court issued an order informing appellant DeWayne Dowdy that he must file a brief in support of the instant appeal no later than January 2, 2013, or his appeal would be dismissed.

As of today, January 14, 2013, Dowdy has failed to comply with the order. Consequently, his appeal is DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/14/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , *Clerk.*